IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LONNIE H. HAMILTON, JR.**                                                                    **PLAINTIFF**
**ADC #136181**

VS.                                          **4:21-CV-00846-BRW-JTK**

**WELLPATH**                                                                                          **DEFENDANT**

### ORDER

Plaintiff has not responded to the Court's September 24, 2021 Order directing him to submit an Amended Complaint by October 24, 2021. (Doc. No. 4).[1] Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond, Plaintiff's Complaint is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 28th day of October, 2021.

<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE

---

[1] The Court further warned Plaintiff that if he failed to submit the document, this case would be dismissed.