IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LONNIE H. HAMILTON, JR.**                                                           **PLAINTIFF**
**ADC #136181**

**VS.**                                    **4:21-CV-00846-BRW-JTK**

**WELLPATH**                                                                          **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of October, 2021.

                                         Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE